**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHRISTOPHER S. COLLINS,**

        **Plaintiff,**

-vs-                                        **Case No. 6:07-cv-1825-Orl-22DAB**

**ASHTON ORLANDO RESIDENTIAL,**
**LLC and ASHTON WOODS USA, LLC,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement and Dismiss Action With Prejudice (Doc. No. 62) filed on February 20, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. The Court finds that settlement in the amount of $13,271.04 to Plaintiff for unpaid wages and liquidated damages, and $28,437.21 for attorney's fees and costs is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act issues.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 26, 2009 (Doc. No. 67) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismiss Action With Prejudice (Doc. No. 62) is GRANTED.

3. The settlement is hereby APPROVED and this case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 16, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge